**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA RAMIREZ, ESMERALDA LIZBETH MENDEZ LOZANO, LILIAN CABRERA, ANA ROSA MENDOZA, ALICIA FERNANDEZ, DULCE NIETO, ROSA HERNANDEZ, individually, and on behalf of other members of the general public similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>CORNERSTONE BUILDING BRANDS, an unknown business entity; PLY GEM WINDOWS, an unknown business entity; PLY GEM PACIFIC WINDOWS CORPORATION, an unknown business entity; PLY GEM RESIDENTIAL SOLUTIONS, an unknown business entity; SIMONTON DOORS & WINDOWS, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01017-MCE-JDP<br><br>Honorable Morrison C. England, Jr.<br>Courtroom 7, 14th Floor<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION TO STRIKE**<br><br><br>Complaint Filed: April 12, 2021<br>Jury Trial Date: None Set |

**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE MOTION TO STRIKE ANSWER**

## ORDER

Having considered the parties' Joint Stipulation to Extend Time to File Motion to Strike Answer, and good cause appearing, the Court hereby approves the Joint Stipulation and ORDERS that the deadline for Plaintiff to file a motion to strike Defendants' Answer is continued 21 days after the hearing on Plaintiffs' Motion to Remand.

IT IS SO ORDERED.

Dated: June 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE