1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   CLAUDIA RAMIREZ, et al. | No.  2:21-cv-01017-MCE-JDP |
| 12          Plaintiffs, | |
| 13      v. | **RELATED CASE ORDER** |
| 14   CORNERSTONE BUILDING BRANDS, INC. et al., | |
| 15 | |
| 16          Defendants. | |
| 17   NATHANIEL WILLIAMS, et al., | No.  2:22-cv-00038-JAM-AC |
| 18          Plaintiffs, | |
| 19      v. | |
| 20   PLY GEM PACIFIC WINDOWS CORPORATION, | |
| 21 | |
| 22          Defendant. | |

23

24   ///

25   ///

26   ///

27   ///

28

1

1   An examination of the above-entitled civil actions reveals that these actions are

2   related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

3   the same defendant and are based on the same or similar claims, the same property

4   transaction or event, similar questions of fact and the same questions of law and would

5   therefore entail a substantial duplication of labor if heard by different judges.

6   Accordingly, the assignment of the matters to the same judge is likely to effect a

7   substantial savings of judicial effort and is also likely to be convenient for the parties.

8   The parties should be aware that relating the cases under Local Rule 123 merely

9   has the result that both actions are assigned to the same judge; no consolidation of the

10   action is effected.  Under the regular practice of this court, related cases are generally

11   assigned to the district judge and magistrate judge to whom the first filed action was

12   assigned.

13   IT IS THEREFORE ORDERED that the action denominated 2:22-cv-00038-JAM-

14   AC, Nathaniel Williams, et al. v. Ply Gem Pacific Windows Corporation is reassigned to

15   Senior District Judge Morrison C. England, Jr. and will be reassigned to Magistrate

16   Jeremy D. Peterson for all further proceedings, and any dates currently set in this

17   reassigned case only are hereby **VACATED**.  The caption on documents filed in the

18   reassigned case shall be shown as 2:22-cv-00038-MCE-JDP.

19   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

20   adjustment in the assignment of civil cases to compensate for this reassignment.

21   IT IS SO ORDERED.

22   Dated:  January 7, 2022

23

24   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

25

26

27

28

2