UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CLAUDIA RAMIREZ, ESMERALDA LIZBETH MENDEZ LOZANO, LILIAN CABRERA, ANA ROSA MENDOZA, ALICIA FERNANDEZ, DULCE NIETO, ROSA HERNANDEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CORNERSTONE BUILDING BRANDS, an unknown business entity; PLY GEM WINDOWS, an unknown business entity; PLY GEM PACIFIC WINDOWS CORPORATION, an unknown business entity; PLY GEM RESIDENTIAL SOLUTIONS, an unknown business entity; SIMONTON DOORS & WINDOWS, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01017-MCE-JDP<br><br>**ORDER TO EXTEND DISCOVERY CUTOFF DEADLINE** |

////

////

////

-1-
ORDER

In accordance with the Parties' Joint Stipulation and good cause appearing therefor, the discovery cutoff in this matter is hereby continued to January 5, 2023. All other deadlines running from the date on which discovery closes shall be based on this continued discovery cutoff date. Otherwise, the provisions of the operative Pretrial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: May 19, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE