LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA RAMIREZ, ESMERALDA LIZBETH MENDEZ LOZANO, LILIAN CABRERA, ANA ROSA MENDOZA, ALICIA FERNANDEZ, DULCE NIETO, ROSA HERNANDEZ, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CORNERSTONE BUILDING BRANDS, an unknown business entity; PLY GEM WINDOWS, an unknown business entity; PLY GEM PACIFIC WINDOWS CORPORATION, an unknown business entity; PLY GEM RESIDENTIAL SOLUTIONS, an unknown business entity; SIMONTON DOORS & WINDOWS, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01017-MCE-JDP (Consolidated Case)<br><br>Honorable Morrison C. England, Jr.<br><br>**ORDER TO VACATE TRIAL SETTING STATUS AND DEADLINES IN LIGHT OF SETTLEMENT**<br><br>Action Filed:  April 12, 2021<br>Trial Date:     None Set |

STIPULATION VACATING TRIAL SETTING STATUS AND DEADLINES IN LIGHT OF SETTLEMENT

|   |   |
|---|---|
| 1 | NATHANIEL WILLIAMS and LAJUAN DENNIS, individuals, on behalf of themselves and on behalf of all persons similarly situated; |
| 2 | |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | PLY GEM PACIFIC WINDOWS CORPORATION, a California Corporation; and DOES 1 through 50, inclusive, |
| 6 | |
| 7 | |
| 8 | Defendants. |

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

## **ORDER**

Pursuant to the Parties' settlement and Joint Stipulation and good cause appearing therefore:

(a) The Trial Setting Status currently scheduled for March 16, 2023, is hereby VACATED;

(b) The March 6, 2023, deadline to designate an expert witness is hereby VACATED;

(c) The July 5, 2023, Dispositive Motion Deadline is hereby VACATED; and

(d) Not later than one hundred and twenty (120) days from the date this Order is filed, Plaintiffs shall file their Motion for Preliminary Approval or a status report.

**IT IS SO ORDERED.**

Dated: March 15, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE