# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LIZBETH MENDEZ LOZANO, LILIAN CABRERA, ANA ROSA MENDOZA, ALICIA FERNANDEZ, DULCE NIETO, ROSA HERNANDEZ, NATHANIEL WILLIAMS individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>CORNERSTONE BUILDING BRANDS, INC.; PLY GEM PACIFIC WINDOWS CORPORATION; SIMONTON WINDOWS & DOORS INC.; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-01017-TLN-JDP<br><br>**ORDER AWARDING ATTORNEYS' FEES, COSTS, AND ENHANCEMENT PAYMENTS** |

1    This matter is before this Court on Plaintiffs Esmeralda Lizbeth Mendez Lozano, Lilian Cabrera, Ana Rosa Mendoza, Alicia Fernandez, Dulce Nieto, Rosa Hernandez, and Nathaniel Williams's (collectively, "Plaintiffs") Motion for Attorneys' Fees, Costs, and Enhancement Payments.

On October 8, 2024, the Court entered an Order Granting Preliminary Approval of Class Action Settlement (Docket No. 64) ("Preliminary Approval Order"), and thereby preliminarily approved the settlement of the above-entitled action ("Action") in accordance with the Joint Stipulation Re Settlement of Class Action ("Agreement" or "Settlement Agreement") entered into by and between Plaintiffs and Defendants Cornerstone Building Brands, Inc., Ply Gem Pacific Windows Corporation, and Simonton Windows & Doors, Inc. (collectively, "Defendants"), which, together with the exhibits annexed thereto set forth the terms and conditions for settlement of the Action ("Settlement").

Having reviewed the Settlement Agreement and duly considered the parties' papers and oral argument, and good cause appearing,

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:**

1.   All terms used herein shall have the same meaning as defined in the Settlement Agreement and the Preliminary Approval Order.

2.   This Court has jurisdiction over the claims of the Class Members asserted in this proceeding and over all parties to the Action.

3.   The Court finds that the Enhancement Payments sought are fair and reasonable for the work performed by Plaintiffs on behalf of the Class Members. It is hereby ordered that the Settlement Administrator issue payment in the amount of $10,000.00 each to Plaintiffs Esmeralda Lizbeth Mendez Lozano, Lilian Cabrera, Ana Rosa Mendoza, Alicia Fernandez, Dulce Nieto, Rosa Hernandez, and Nathaniel Williams for their Enhancement Payments, according to the terms set forth in the Settlement Agreement.

4.   The Court finds that the request for attorneys' fees in the amount of $647,500.00 to Lawyers *for* Justice, PC and Blumenthal Nordrehaug Bhowmik De Blouw LLP ("Class Counsel") falls within the range of reasonableness, and the results achieved justify the award

1  sought. The requested attorneys' fees to Class Counsel are fair, reasonable, and appropriate, and
2  are hereby approved. It is hereby ordered that the Settlement Administrator issue payment in the
3  amount of $647,500.00 to Lawyers *for* Justice PC and Blumenthal Nordrehaug Bhowmik De
4  Blouw LLP, in accordance with the Settlement Agreement.

5        5. The Court finds that litigation costs and expenses in the amount of $29,290.90 to
6  Class Counsel are reasonable, and hereby approved. It is hereby ordered that the Settlement
7  Administrator issue payment in the amount of $29,290.90 to Class Counsel for litigation costs
8  and expenses, in accordance with the Settlement Agreement.

9        6. Individualized notice of this Order is not required to be provided to Class
10 Members. A copy of this Order shall be posted on the Settlement Administrator's website,
11 which is accessible to Class Members, for a period of at least sixty (60) calendar days after the
12 date of entry of this Order.

13 **IT IS SO ORDERED.**

14 DATED: May 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE